UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOLOMON TESHOME					:
5214 Martinique Lane				:
Alexandria, VA  22315				:
						:
    Plaintiff,				:
						:
v.						:	Civil Action No. _____
						:
CENTRAL PARKING SYSTEM OF			:	(Jury Demanded)
VIRGINIA, INC.					:
d/b/a CENTRAL PARKING SYSTEM		:
1225 I Street., N.W.				:
Washington, D.C. 20005				:
						:
Serve:						:
Registered Agent				:
Corporation Service Company			:
1090 Vermont Ave., N.W.				:
Washington, D.C. 20005				:
						:
    Defendant.				:

<u>COMPLAINT FOR VIOLATION OF THE FAIR LABOR STANDARDS ACT</u>

<u>Parties</u>

COMES NOW the Plaintiff, Solomon Teshome, through his attorney, Nils G. Peterson, and for his Complaint against the Defendant, Central Parking System of Virginia, Inc. ("Central"), alleges as follows:

1.   Plaintiff Solomon Teshome is a resident of the State of Virginia.  Defendant employed Plaintiff in the District of Columbia.

2.   Defendant Central is a Tennessee corporation registered to do business in the District of Columbia and has done business in the District of Columbia during all times material hereto.

<u>Jurisdiction</u>

3.   Jurisdiction of this action is conferred on this Court by §16(b) of the Fair Labor Standards Act, 29 U.S.C. §216(b), (the

"Act" or "FLSA").

### Statement of Facts

4. At all times hereinafter mentioned, Defendant was engaged in the provision of parking services in the District of Columbia. The provision of such parking services directly affects interstate commerce and Defendant's employees are engaged in such interstate commerce. During the course of his employment Plaintiff affected interstate commerce by his actions.

5. From 1993 through 2007, Defendant and its predecessor corporation employed Plaintiff as a parking attendant.

6. Plaintiff's position was non-exempt under the FLSA.

7. Plaintiff filed a suit for unpaid overtime under the FLSA in the United States District Court for the District of Columbia in 2005, <u>Teshome v. Central Parking System of Virginia, Inc.</u>, 1:05cv00366 (RWR).

8. During the course of his employment plaintiff's performance was satisfactory and Plaintiff brought to the attention of Defendant's management that he was working more than forty (40) hours per week and was not paid for all such overtime.

9. After filing the complaint for failure to pay proper overtime, Central Parking's operations manager stated to Plaintiff several times including in about December 2006 that the company did not like it that he filed a lawsuit against the Central Parking. This management employee also talked nasty to Plaintiff after he filed the lawsuit and stated to Plaintiff several times, "I'm going to get you some day."

10. After plaintiff filed the lawsuit in this Court, he was monitored more closely than before he filed the lawsuit by his area manager. Plaintiff's area manager stated about the lawsuit, "The company doesn't like it." The area manager also stated to plaintiff, "I'm going to watch you closely." Thereafter, Plaintiff's supervisor stopped by to watch him three times per day for the period up to December 2006. Prior to the 2005 lawsuit, the area manager would stop by Plaintiff's location about once a week.

11. One or two weeks before Plaintiff's termination, Plaintiff's employment location was visited by Mr. Art Albanian, a secret shopper employed by Defendant. The secret shopper accused Plaintiff of improper financial actions and Plaintiff was terminated. This secret shopper was previously employed by Central Parking as an area manager who after Plaintiff filed the overtime lawsuit against Central Parking stated to Plaintiff, "We're going to get you."

12. On information and belief, Plaintiff was terminated in violation of 29 U.S.C. 215 because he (1) filed a lawsuit against Central Parking, (2) requested pay for the overtime he was working but not paid, and (3) was identified as a potential witness in lawsuits for unpaid overtime brought by other employees of Defendant subsequent to Plaintiff's 2005 lawsuit.

13. Plaintiff was terminated on May 11, 2007.

14. Plaintiff has suffered damages because of the termination including but not limited to the loss of wages and benefits.

WHEREFORE, Plaintiff prays that this Honorable Court grant him

judgment against the Defendant for the amount damages he has suffered because of his retaliatory termination and prejudgment interest thereon at the lawful rate, on the basis of Defendant's wilful violation of the Fair Labor Standards Act, 29 U.S.C. §§201 et seq., and award Plaintiff (1) an equal amount in liquidated damages, (2) reasonable attorneys' fees and costs of suit, and (3) such other and further relief as this Court deems equitable and just including reinstatement to his position.

JURY DEMANDED

Plaintiff hereby demands a jury on all issues triable by a jury.

                        Solomon Teshome
                        By Counsel

_____
Nils G. Peterson
DC Bar No. 295261
2009 N. 14th Street, #708
Arlington, VA   22201
703-527-9900

4

## CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Solomon Teshome | Central Parking System of Virginia, Inc. |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888 (EXCEPT IN U.S. PLAINTIFF CASES) 88888 | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Nils Peterson (703) 527-9900 2009 N. 14th Street, Suite 708 Arlington, VA 22201 | Case: 1:07-cv-01294 Assigned To : Sullivan, Emmet G. Assign. Date : 7/20/2007 Description: Labor-ERISA |

**JURY ACTION**

### II BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ☐ E. *General Civil (Other)* OR | ☐ F. *Pro Se General Civil* | | |
|---|---|---|---|
| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant)<br>☐ 871 IRS-Third Party 26 USC 7609 | **Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act) |

①

| ☐ G. *Habeas Corpus/2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☒ K. *Labor/ERISA (non-employment)*<br><br>☒ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Retaliation under Fair Labor Standards Act 29 USC 201 et seq.

VII. REQUESTED IN COMPLAINT    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ _____    Check YES only if demanded in complaint    JURY DEMAND: ☒ YES ☐ NO

VIII. RELATED CASE(S) IF ANY    (See instruction)    ☒ YES ☐ NO    If yes, please complete related case form.

DATE 7-20-07    SIGNATURE OF ATTORNEY OF RECORD  *Nils Petersen*

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.