AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Solomon Teshome

**SUMMONS IN A CIVIL CASE**

V.

Central Parking System of
Virginia, Inc.

Case: 1:07-cv-01294
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/20/2007
Description: Labor-ERISA

CASE

TO: (Name and address of Defendant)

Central Parking System of Virginia, Inc.
Corporate Service Company, Registered Agent
1090 Vermont Avenue, N.W.
Washington, D.C. 2005

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nils Peterson
2009 N. 14th Street, Suite 708
Arlington, VA  22201

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUL 20 2007
CLERK                                      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 7/24/2007 @ 1:37 PM |
| NAME OF SERVER (PRINT)  Eduardo Lopera | TITLE  Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): R. Davis, Authorized Agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/26/2007    *Eduardo Lopera*
             Date          Signature of Server

ALLIANCE LEGAL SERVICES, INC.
6188 Old Franconia Rd.
Suite B
Alexandria, VA 22310
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.