IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SOLOMON TESHOME, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01294-EGS |
| | ) | |
| CENTRAL PARKING SYSTEM OF | ) | |
| VIRGINIA, INC. | ) | |
| d/b/a CENTRAL PARKING SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Central Parking System Of Virginia, Inc. (hereinafter "Defendant"), through its undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Court to extend the time in which Defendant may file an answer and/or otherwise respond to Plaintiff's Complaint until August 27, 2007. In support of this Motion, Defendant states:

1. An answer and/or other response is due on August 13, 2007.

2. Due to the press of other business, counsel for Defendant will be unable to investigate the allegations and prepare an answer and/or other response to the Complaint by that date.

3. Plaintiff's counsel has agreed to the requested extension of time.

4. Accordingly, Defendant respectfully requests an additional fourteen days -- until Monday, August 27, 2007 -- to answer and/or otherwise move in response to the Complaint.

5. Defendant has made no previous requests for extension of time in this matter and this request for extension is not made for the purpose of delay.

2

WHEREFORE, Defendant respectfully requests that this Court extend the time in which Defendant may file its answer and/or other motion in response to Plaintiff's Complaint until August 27, 2007.

Respectfully submitted,

CENTRAL PARKING SYSTEM OF
VIRGINIA, INC.


By:     /s/ David M. Burns
        David M. Burns, Bar # 466167
        SEYFARTH SHAW LLP
        815 Connecticut Avenue, N.W., Suite 500
        Washington, DC 20006-4004
        (202) 463-2400
        (202) 828-5393 (facsimile)

Dated:  August 9, 2007                Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOLOMON TESHOME, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01294-EGS |
| | ) |
| CENTRAL PARKING SYSTEM OF | ) |
| VIRGINIA, INC. | ) |
| d/b/a CENTRAL PARKING SYSTEM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

Upon consideration of Defendant Central Parking System Of Virginia, Inc.'s Consent Motion For An Extension Of Time To Respond To Plaintiff's Complaint, and for good cause shown, it is on this ____ day of _____, 2007,

ORDERED, that the Motion is GRANTED, and it is further

ORDERED that Defendant shall have until August 27, 2007, to answer or otherwise move in response to Plaintiff's Complaint.

SO ORDERED.

_____
Emmet G. Sullivan
United States District Court Judge

Copies to:

nilspeterson@aol.com

dburns@seyfarth.com