**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SOLOMON TESHOME, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01294-EGS |
| | ) | |
| CENTRAL PARKING SYSTEM OF VIRGINIA, INC. d/b/a CENTRAL PARKING SYSTEM, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

## CERTIFICATE UNDER LCvR 7.1

We, the undersigned, counsel of record for Defendant, Central Parking System Of Virginia, Inc. ("Central"), certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of Central which have any outstanding securities in the hands of the public: None.

These representations are made in order that judges of this Court may determine the need for recusal.

                                                  Respectfully submitted,

                                                  CENTRAL PARKING SYSTEM OF
                                                  VIRGINIA, INC.

                                                  By:   /s/ David M. Burns
                                                        David M. Burns, Bar # 466167
                                                        SEYFARTH SHAW LLP
                                                        815 Connecticut Avenue, N.W., Suite 500
                                                        Washington, DC 20006-4004
                                                         (202) 463-2400
                                                         (202) 828-5393 (facsimile)

Dated: August 28, 2007                                      Attorneys for Defendant

DC1 30206889.1