ATTACHMENT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOLOMON TESHOME, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:07-CV-01294-EGS-AK |
| ) | |
| CENTRAL PARKING SYSTEM OF ) | |
| VIRGINIA, INC. ) | |
| d/b/a CENTRAL PARKING SYSTEM, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Solomon Teshome and Defendant Central Parking System of Virginia, Inc., by their undersigned counsel and pursuant to the full and final settlement agreement of the parties, stipulate to dismiss, on the merits and with prejudice, the above-captioned action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Respectfully Submitted,                                   Respectfully Submitted,

SOLOMON TESHOME                                           CENTRAL PARKING SYSTEM OF
                                                          VIRGINIA, INC.

By: /s/                                                   By: /s/
Nils G. Peterson, Bar No. 295261                          David M. Burns, Bar No. 466167
2009 North 14th Street, NW                                SEYFARTH SHAW LLP
Suite 708                                                 815 Connecticut Avenue, N.W.
Arlington, VA 22201                                       Suite 500
703-527-9900                                              Washington, DC 20006
703-522-1250 (facsimile)                                  202-463-2400
                                                          202-828-5393 (facsimile)

Attorney for Plaintiff                                    Attorneys for Defendant

Dated: 2-12-___, 2008                                     Dated: February 26, 2008